# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 23-50667

───────────

United States Court of Appeals
Fifth Circuit
**FILED**
July 24, 2024
Lyle W. Cayce
Clerk

Christa Taylor,

*Plaintiff—Appellant,*

versus

Root Insurance Company,

*Defendant—Appellee.*

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-1328

───────────────────────────────

Before Southwick, Duncan, *Circuit Judges*. and Kernodle, *District Judge.* *

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

No. 23-50667

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

* United States District Judge for the Eastern District of Texas, sitting by designation.



**Certified as a true copy and issued as the mandate on** Aug 15, 2024

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2